# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

METHODE ELECTRONICS, INC.,

    Plaintiff/Counter-Defendant,        Civil Action No. 09-CV-13078
                                                          Honorable Judge Paul D. Borman
                                                          Magistrate Judge Virginia M. Morgan

v.

DPH-DAS LLC, f/k/a DELPHI
AUTOMOTIVE SYSTEMS LLC,

    Defendant/Counter-Plaintiff,

MARIAN, INC.,

    Defendant

DELPHI TECHNOLOGIES, INC.
    Counter-Plaintiff.
_____/

## ORDER SETTING ASIDE THIS COURT'S DECEMBER 7, 2009 ORDER (DKT. NO. 47), PURSUANT TO FED. R. CIV. P. 60(a); THE COURT WILL HOLD A HEARING ON JANUARY 8, 2010 AT 3 PM ON PLAINTIFF/COUNTER-DEFENDANT METHODE ELECTRONICS, INC.'S TIMELY-FILED OBJECTIONS TO MAGISTRATE JUDGE MORGAN'S NOVEMBER 17, 2009 OPINION AND ORDER

On December 7, 2009, this Court entered a Protective Order (Dkt. No. 47), that had been submitted to the Court by Defendant DPH-DAS LLC ("DPH") on December 1, 2009, which incorporated terms as ordered by Magistrate Judge Morgan in her November 17, 2009 Opinion and Order Granting in Part Delphi's Motion for Protective Order and Denying Methode's Motion for Protective Order (Dkt. No. 42). At the time that this Court entered its December 7, 2009 Order, the Court was unaware, due to clerical error, that Plaintiff/Counter-Defendant Methode Electronics, Inc. ("Methode") had timely filed objections on December 2, 2009 (Dkt. No. 44), to Magistrate Judge

Morgan's November 17, 2009 Opinion and Order.

Accordingly, this Court will set aside its December 7, 2009 Order pursuant to Federal Rule of Civil of Procedure 60(a) and will hold a hearing on January 8, 2010 at 3 p.m. to permit the parties to address the substance of Methode's objections to Magistrate Judge Morgan's November 17, 2009 Opinion and Order, which have been fully briefed by the parties.

**IT IS SO ORDERED.**

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 4, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 4, 2010.

S/Denise Goodine
Case Manager