**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

METHODE ELECTRONICS, INC.,
    Plaintiff/Counter-Defendant,      Civil Action No. 09-CV-13078
                                                           District Judge Paul D. Borman
                                                           Magistrate Judge Virginia M. Morgan

v.

DPH-DAS LLC, f/k/a DELPHI
AUTOMOTIVE SYSTEMS LLC,
    Defendant/Counter-Plaintiff,
and

MARIAN, INC.,
    Defendant
_____/

DPH-DAS LLC, f/k/a DELPHI
AUTOMOTIVE SYSTEMS LLC,
    Plaintiff,      Civil Action No. 09-14303

v.

METHODE ELECTRONICS, INC.,
    Defendant.
_____/

<u>ORDER STRIKING THE MAGISTRATE JUDGE'S MARCH 3, 2010
"CORRECTED OPINION" (DKT. NO. 68)</u>

The Court strikes the Magistrate Judge's March 3, 2010 Corrected Opinion and Order Granting in Part Delphi's Motion for Protective Order and Denying Methode's Motion for Protective Order which was issued in error. This Court issued an Opinion and Order on January 19, 2010 (Dkt. No. 62) which affirmed in part and *modified* in part the Magistrate Judge's original opinion and order on the subject of the parties' proposed protective orders. There is no longer any matter before the Magistrate Judge. Accordingly, this Court's January 19, 2010 Order is the Court's ruling and is the operative Order governing the parties' respective motions for a protective order.

          S/Paul D. Borman  
          PAUL D. BORMAN  
          UNITED STATES DISTRICT JUDGE

Dated: March 3, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 3, 2010.

          S/Denise Goodine  
          Case Manager