IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METHODE ELECTRONICS, INC.,
    Plaintiff/Counter-Defendant,

Civil Action No. 09-CV-13078
District Judge Paul D. Borman
Magistrate Judge Virginia M. Morgan

v.

DPH-DAS LLC, f/k/a DELPHI
AUTOMOTIVE SYSTEMS LLC,
    Defendant/Counter-Plaintiff,
and

MARIAN, INC.,
    Defendant
_____/

DPH-DAS LLC, f/k/a DELPHI
AUTOMOTIVE SYSTEMS LLC,
    Plaintiff,

Civil Action No. 09-14303

v.

METHODE ELECTRONICS, INC.,
    Defendant.
_____/

## ORDER

(1) Adjourning Claim Construction hearing set for February 17, 2011.

(2) Invoking Fed.R.Civ.P. 53(a): Proposing appointment of Special Master; providing parties an opportunity to be heard and/or suggesting that parties agree on a specific Special Master within two weeks.  If the parties cannot agree on a Special Master, the Court will receive

1

suggestions from the parties, and propose suggestions to the parties.

SO ORDERED.

Dated: February 15, 2011	S/Paul D. Borman
	PAUL D. BORMAN
	UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 15, 2011.

	S/Denise Goodine
	Case Manager