UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METHODE ELECTRONICS, INC.,
    Plaintiff/Counter Defendant,          CIVIL CASE NO. 09-13078

v.          PAUL D. BORMAN
          UNITED STATES DISTRICT JUDGE

DPH-DAS LLC f/d/a/ DELPHI
AUTOMOTIVE SYSTEMS LLC,
    Defendant/Counter Plaintiff

MARIAN, INC.,
    Defendant

DELPHI TECHNOLOGIES, INC.
    Counter Plaintiff
_____

DELPHI AUTOMOTIVE SYSTEMS, LLC
    Plaintiff,

v.          CIVIL CASE NO. 09-14303

METHODE ELECTRONICS, INC.,
    Defendant
_____/

**ORDER**
**REQUESTING SPECIAL MASTER JAY G. TAYLOR TO RESPOND**
**TO THE PARTIES' OBJECTIONS TO THE SPECIAL MASTER'S CLAIMS**
**CONSTRUCTION REPORT OF SEPTEMBER 12, 2011**

    On September 12, 2011, Special Master Jay G. Taylor submitted his Claims Construction Report, providing the Court with his recommendations regarding the disputed terms in U.S. Patent No. 5,975,568 (The '568 Patent). Thereafter, the parties submitted Objections to the Special Master's Report.

1

The Court requests that Special Master Jay G. Taylor provide the Court with responses to the parties' Objections on or before January 31, 2012. Upon the filing of the Special Master's Response, the parties will have 14 days to respond to his response to their objections.

SO ORDERED.


    S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE


Dated: December 16, 2011


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 16, 2011, by electronic and/or ordinary mail.


    S/Lisa Wagner For Denise Goodine
Case Manager and Deputy Clerk
(313) 234-5522